# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| TRAVIS GIBSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PILOT TRAVEL CENTERS, LLC, <br><br> Defendant. | Case No. 1:23-CV-414-GSL-SLC |

## ORDER

This matter is before the Court on Magistrate Judge Susan Collins's *sua sponte* report and recommendation entered on July 24, 2024. [DE 39]. For the reasons fully explained in the report, Judge Collins recommends that the Court dismiss the matter with prejudice.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Collins's report and recommendation in full and orders that this matter is **DISMISSED WITH PREJUDICE**. The pending Motion to Withdraw [DE 27] and the pending Motion to Dismiss for Failure to Prosecute [DE 28] are **MOOT**.

**SO ORDERED.**

ENTERED: August 8, 2024

/s/ GRETCHEN S. LUND
Judge
United States District Court