# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TRAVIS GIBSON

BRANDI GIBSON

        Plaintiffs

  v.

                                    Civil Action No. 1:23-cv-414

PILOT TRAVEL CENTERS, LLC
*doing business as* Pilot Flying J (PFJ)
*also known as* Flying J Travel Center

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S Lund.

DATE: 8/9/2024							CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*